178 U.S. 611
 20 S.Ct. 1029
 44 L.Ed. 1215
 WILLIAM BOYLE, Plaintiff in Error,
v.
BARTLETT SINCLAIR.
 No. 402.
 Supreme Court of the United States
 May 14, 1900
 
 1
 Mr. William A. Maury for plaintiff in error.
 
 
 2
 Mr. Samuel H. Hays for defendant in error.
 
 
 3
 Dismissed with costs, on the authority of Wales v. Whitney, 114 U. S. 564, 29 L. ed. 277, 5 Sup. Ct. Rep. 1050.[1]
 
 
 
 [1]
 See 57 Pac. 706.